UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. CASE, | ) |
| Plaintiff, | ) CASE NO.  C05-2072-TSZ-MAT |
| v. | ) |
| KATE C. PFLAUMER, | ) ORDER GRANTING PLAINTIFF'S |
| Defendant. | ) MOTION TO ENLARGE TIME |

This is a civil rights action filed under 42 U.S.C. § 1983.   This matter comes before the Court at the present time on plaintiff's motion to enlarge time to file a response to this Court's April 15, 2010, Order to Show Cause.   The Court, having reviewed plaintiff's motion, does hereby ORDER as follows:

(1) Plaintiff's motion to enlarge time (Dkt. No. 17) is GRANTED.   Plaintiff is directed to file his response to the Order to Show Cause not later than *July 30, 2010*, and

(2) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Thomas S. Zilly.

DATED this 18th day of June, 2010.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO ENLARGE TIME
PAGE - 1